FILED

In the United States District Court
For the Eastern District of Virginia
Alexandria Division.

2014 JUL 18 P 12: 36

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Liping Huang, )
)
Plaintiff, )
)
v. ) Case No. 1:14 CV 903 LO/TCB
)
Yinzhong Xie, )
)
Defendant. )

In Re:

| | | | |
|---|---|---|---|
| lolmake.com | ggg53.com | ddttt.com | 77tutu.com |
| jjj96.com | ggg50.com | ddd138.com | 77susu.com |
| jjj89.com | ggg46.com | ddd13.com | 77ququ.com |
| jjj93.com | ggg43.com | daji999.com | 77pipi.com |
| jjj86.com | ggg42.com | ccc60.com | 777aj.com |
| jjj85.com | ggg39.com | ccc90.com | 66yuyu.com |
| jjj84.com | ggg37.com | ccc565.com | 66yaya.com |
| jjj79.com | ggg36.com | ccc40.com | 66titi.com |
| jjj64.com | ggg34.com | ccc13.com | 66tata.com |
| jjj46.com | ggg258.com | bbmmm.com | 66susu.com |
| jjj35.com | ggg20.com | bbb40.com | 66sisi.com |
| jjj29.com | ggg138.com | bbb258.com | 66sasa.com |
| jjj222.com | ggg13.com | aaa69.com | 66ququ.com |
| jjj15.com | ffrrr.com | aaa62.com | 66pipi.com |
| hhh555.com | fff60.com | aaa37.com | 5c5c5c.com |
| hhrrr.com | fff25.com | aaa258.com | 5e5e5e.com |
| hhh258.com | fff30.com | 99yaya.com | 5b5b5b.com |
| hhh222.com | fff20.com | 99tata.com | 5a5a5a.com |
| ggg94.com | fff16.com | 99popo.com | 59yyy.com |
| ggg93.com | fff138.com | 99sisi.com | 59vvv.com |
| ggg91.com | fff13.com | 99pipi.com | 59sss.com |
| ggg90.com | fff00.com | 99papa.com | 59rrr.com |
| ggg89.com | eee70.com | 999jjj.com | 59qqq.com |
| ggg80.com | eee50.com | 999ddd.com | 59ppp.com |
| ggg73.com | eee444.com | 88tata.com | 59jjj.com |
| ggg70.com | eee40.com | 88sisi.com | 59hhh.com |
| ggg69.com | eee258.com | 88ququ.com | 59ddd.com |
| ggg63.com | eebbb.com | 77yiyi.com | 59ccc.com |
| ggg60.com | dingdang999.com | 88pipi.com | 585qqq.com |

| | | | |
|---|---|---|---|
| 55yoyo.com | 22sisi.com | 170hh.com | 11kaka.com |
| 55yaya.com | 22pipi.com | 170ee.com | 11dede.com |
| 55tutu.com | 22sasa.com | 161zz.com | 111kfc.com |
| 55susu.com | 22papa.com | 170dd.com | 109jj.com |
| 55sisi.com | 222kfc.com | 161tt.com | 109hh.com |
| 55ququ.com | 220zz.com | 161ss.com | 109ff.com |
| 55popo.com | 220xx.com | 161rr.com | 109ee.com |
| 55pipi.com | 220jj.com | 161hh.com | 109cc.com |
| 55papa.com | 220rr.com | 161ee.com | 109dd.com |
| 555kfc.com | 210zz.com | 161cc.com | 109bb.com |
| 44yiyi.com | 210ss.com | 160rr.com | 109aa.com |
| 44yoyo.com | 210tt.com | 161aa.com | 09yyy.com |
| 44tutu.com | 210rr.com | 160hh.com | 09ppp.com |
| 44titi.com | 210kk.com | 160aa.com | 09jjj.com |
| 44tata.com | 210hh.com | 157zz.com | 09ggg.com |
| 44susu.com | 210ff.com | 157tt.com | 09bbb.com |
| 44sisi.com | 210dd.com | 157pp.com | 08xxx.com |
| 44sasa.com | 210ee.com | 157jj.com | 08jjj.com |
| 44ququ.com | 210aa.com | 157gg.com | 08ggg.com |
| 44pipi.com | 19zzz.com | 157ee.com | 07yyy.com |
| 44kaka.com | 19vvv.com | 157dd.com | 07uuu.com |
| 44papa.com | 19uuu.com | 157cc.com | 07ppp.com |
| 444ppp.com | 19sss.com | 157bb.com | 07ggg.com |
| 444nnn.com | 19ttt.com | 157aa.com | 07jjj.com |
| 444mmm.com | 19rrr.com | 147zzz.com | 07fff.com |
| 444ggg.com | 19ppp.com | 147qqq.com | 07bbb.com |
| 33tutu.com | 19mmm.com | 147ccc.com | 06zzz.com |
| 33susu.com | 19iii.com | 129tt.com | 06yyy.com |
| 33titi.com | 19ggg.com | 129ss.com | 06xxx.com |
| 33soso.com | 19fff.com | 129rr.com | 06uuu.com |
| 33sisi.com | 19eee.com | 129pp.com | 06ppp.com |
| 33ququ.com | 19aaa.com | 129jj.com | 06fff.com |
| 33popo.com | 190zz.com | 129hh.com | 06bbb.com |
| 33pipi.com | 190uu.com | 129ee.com | 05zzz.com |
| 33kaka.com | 190tt.com | 129bb.com | 05xxx.com |
| 333aj.com | 190ss.com | 129aa.com | 05ggg.com |
| 250ss.com | 190rr.com | 122ss.com | 05fff.com |
| 250rr.com | 190pp.com | 122rr.com | 04yyy.com |
| 250kk.com | 190hh.com | 11yoyo.com | 04zzz.com |
| 250ff.com | 190dd.com | 11titi.com | 04ttt.com |
| 250gg.com | 190ee.com | 11sasa.com | 04ppp.com |
| 250ee.com | 170zz.com | 11ququ.com | 04kkk.com |
| 250aa.com | 170rr.com | 11pipi.com | 04jjj.com |
| 22titi.com | 170pp.com | 11papa.com | 04ggg.com |

03zzz.com
04bbb.com
03yyy.com
03xxx.com
03ppp.com
03jjj.com
03hhh.com
03ggg.com
03fff.com
03bbb.com
02zzz.com
02yyy.com
02ppp.com
01ppp.com
01ggg.com
01bbb.com
009uu.com
009zz.com
009rr.com
009pp.com
009jj.com
009ee.com
009ff.com
009dd.com
009cc.com
009bb.com
006tt.com
006rr.com
006ss.com
006pp.com
006jj.com
006gg.com
006ff.com
005tt.com
006bb.com
005ss.com
005rr.com
005pp.com
005hh.com
005bb.com
005aa.com
004zz.com
003gg.com
003ff.com
003ee.com
003dd.com
003bb.com
002zz.com
002tt.com
002pp.com
002gg.com
002ff.com
002dd.com
002aa.com
001ff.com
001dd.com
001bb.com
zzz13.com
zzqqq.com
yyy258.com
yyy13.com
yyy17.com
xxx13.com
ttt258.com
ttt138.com
sss258.com
sss16.com
seseyu.com
seselu.com
sesehu.com
rrr17.com
sesefa.com
rrqqq.com
rrmmm.com
qqq40.com
qqq258.com
qqq30.com
qqq13.com
ppp444.com
ppp13.com
picdage111.com
picdage.com
nnn13.com
nimase.com
mmm69.com
mmm63.com
mmm64.com
mmm62.com
mmm53.com
mmm111.com
kkrrr.com
kkqqq.com
kknnn.com
kkk96.com
kkk82.com
kkk43.com
kkk65.com
kkk40.com
kkk15.com

## Complaint

Comes Now Plaintiff Liping Huang, by counsel, and files this complaint against Yinzhong Xie.

## I. The Parties

1. Plaintiff, Liping Huang (hereinafter "Huang") is an individual and resident of Gunagxi Shen, China.

2. Upon information and belief Yinzhong Xie (hereinafter "Xie") is a resident of China, as set forth on the WHOIS registry and resides at an unlisted address in Bejing, China, with an email address of huangxiaoqibbb@gmail.com and a telephone number of 86-1380013800. No other contact information for Mr. Xie is available.

3. The subject Domain Names, the res of this *in rem* action are the domains listed in Exhibit A to this complaint all of which are .COM domains for which the registry is Verisign, Inc., 21355 Ridgetop, Circle - Lakeside III, Dulles, Virginia 20166 which is located in this judicial district.

## II. Jurisdiction and Venue over the Subject Matter of this Action

4. This Court has *in rem* jurisdiction over the subject domains pursuant to the Anticybersquating Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d) insofar as the registry for the domain .com names, Verisign, Inc., is located within this judicial district.

5. This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 as this action arises under the Anticybersquating Consumer Protection Act (ACPA), 15 U.S.C. § 1125(d).

6. Venue is proper in this district pursuant to 15 U.S.C. § 1125(d) as the subject registry Verisign, Inc. has its principal places of business in this judicial district. Venue is further proper pursuant to 28 U.S.C. §1391 (b)(2) as the subjects of the action resides in this district.

7. The Declaratory Judgment Act, 28 U.S.C. § 2201 provides for a declaration of the rights of the Plaintiff in this matter.

III. Notice

8. Pursuant to ACPA § 1125(d)(2)(A)(ii)(II)(aa), notice of the filing of this complaint and application for injunctive is being sent to the Defendant at the postal and email address to which there has previously been a response as well as the current WHOIS address on the subject Domain Names which is Yinzhong Xie Beijing, China, huangxiaoqibbbb@gmail.com.

9. Plaintiff is providing such notice contemporaneously with the filing of this complaint. Pursuant to 15 U.S.C. §1125(d)(2){A)(ii)(II)(bb), Plaintiff will promptly publish notice of this action as the court may direct after filing of this Complaint. A request to waive service pursuant to Rule 4(d) of the Federal Rules of Civil Procedure is being sent as well.

IV. Factual Background

10. Huang registered the 391 Domain Names listed in Exhibit A ("Domains") over the past few years and has owned all of them ever since.

11. The Domain Names are used in numerous ways with some of them being primary websites and others being used to increase the traffic to those websites.

12. An example of one of the Domain Names being used as a primary website is <LOLMAKE.COM>, which is a music related website. (see a true and correct copy of the original website translated into English as Exhibit B, without translation as Exhibit C and as a landing page after the theft as Exhibit D all obtained from Archive.org)

13. The WHOIS and WHOWAS records for <LOLMAKE.COM> show that Huang was the owner of the domain name prior to its theft and that it was renewed through November 15, 2014. (See a true and correct copy of the records attached herein as Exhibit E.) (True and correct copies of the WHOIS and WHOWAS records for each subject domain name are attached as Exhibit G)

14. The theft of the password to the eNom accounts occurred sometime after June 11, 2014 and before June 18, 2014.

15. It was on June 18, 2014 Plaintiff realized that his traffic from the Domain Names had plummeted to almost zero.

16. On June 18, 2014 Plaintiff attempted to access his eNom account without success and thus contacted eNom support.

17. eNom support required Mr. Huang to provide documentation to prove his identity which he did.

18. On June 25, 2014 the Domains were transferred to GoDaddy by Defendant.

19. Mr. Huang was only able to access his eNom account after the Domains had already been transferred out to Godaddy.

20. On July 7, 2014 Mr. Huang contacted Steve Banfield, the SVP & GM, of Registrar Services at eNom requesting help with the transfer of his Domain Names. Email conversations continued between Mr. Huang and Mr. Banfield through July 16, 2014 the upshot of which was that the Domain Names were stolen through the use of a phishing site and not the Heartbleed virus and therefore eNom could not use the inter registrar dispute process to obtain the return of the domains requiring the filing of this law suit. (See a true and correct copy of the email correspondence as Exhibit F.)

21. Mr. Huang retained the Law Offices of Greenberg & Lieberman on July 11, 2014

22. The firm immediately began to prepare the resulting Complaint and motion for a Preliminary Injunction.

23. By redirecting the Domain Names to parking pages (see Exhibit D), pulling down all of plaintiff's websites all of Plaintiff's customers are not able to access their online accounts and cannot buy Plaintiff's goods and services.

24. These customers regularly access the webpages, have money on deposit and must either go without or more likely will both demand their money back and / or go to other companies for the same services.

25. As with the example <LOLMAKE.COM> there are hundreds of websites that sell music making the competition to keep customers vigorous.

26. The longer Plaintiff's websites are down the more likely it is that his customers will go to the competition and demand the return of funds.

27. Defendant on the other hand immediately pointed all of the Domain Names to landing pages solely for the purpose of obtaining income from the click throughs from the traffic making Defendant's harm is at most monetary.

IV. Causes of Action

COUNT I
Claim for Declaratory Judgment

28. Huang repeats and realleges all previous statements made herein of this Complaint as if fully set forth herein.

29. Plaintiff had a contract with eNom for many years for control over the Domains.

30. Defendant's actions have taken control of the subject domains from Huang.

31. The Declaratory Judgment Act, 28 U.S.C. § 2201, provides for a declaration of the rights of the Plaintiff in this matter.

COUNT II
Consumer Protection Act (ACPA), 15 U.S.C. § 1114(2)(d)

32. Huang repeats and reallege all previous statements made herein of this Complaint as if fully set forth herein.

33. Huang has owned the Domain Names since their registration, has used them to promote his businesses for many years and has common law rights in the marks.

34. Huang, because of the Defendant's actions is being prevented from using and exercising control over the subject Domain Names.

35. Huang is being harmed through the loss of prospective traffic to his business.

Count III
Tortuous Interference with Contractual Relationship

36. Huang repeats and reallege all previous statements made herein of this Complaint as if fully set forth herein.

37. Huang properly entered into a contract with eNom, the registrar for the Domain Names before the Domain Names were stolen.

38. Defendant has unlawfully taken control of the subject Domain Names, interfering with Huang's lawful contract rights as to the Domain Names.

39. As a result of Defendants acts Huang has been damaged and will continue to be damaged. Huang requests that this Court declare Defendants liable for its past and any future losses in association with the registration service contract.

Count IV
Conversion

40. Huang repeats and realleges all previous statements made herein of this Complaint as if fully set forth herein.

41. Huang has property rights in the subject Domain Names.

42. The Defendant has taken control of the subject Domain Names and is wrongfully exercising control and authority over the subject Domain Names.

43. The control and authority exercised by the Defendant deprives Huang of control and the income and business generated from the Domain Names.

44. The Defendant is wrongfully exerting dominion over Huang's property in denial of his rights.

WHEREFORE, The Plaintiff demands judgment against the Defendant, as follows:

I. Declaring that Liping Huang is the only entity with any rights to the contract controlling the subject Domain Names as set forth on Exhibit A.

II. Declaring Defendants do not have any rights to the subject Domain Names.

III. ORDERING Verisign to return control of the Domain Names to Liping Huang and at the eNom registrar.

IV. Granting such other and further relief to Plaintiff Huang as this Court deems just and proper.

Dated July 18, 2014.

Respectfully Submitted

Liping Huang
By Counsel

Jonathan Westreich, Esq.
VSB No. 37393
604 Cameron Street
Alexandria, Virginia 22314
703-299-9050
fax: 703-548-1831
jonathan@westreichlaw.com
and
Stevan Lieberman, Esq.
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW Suite C2
Washington, D.C. 20007
(202) 625-7000 / Fax: 202-625-7001
Stevan@aplegal.com
Counsel to Liping Huang